1  PHILLIP A. TALBERT
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Defendants
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  VICTOR SPARKS,                          CASE NO.  2:24-cv-01198-DB

11                        Plaintiff,        **[PROPOSED] ORDER GRANTING LEAVE
                                            TO FILE FIRST AMENDED COMPLAINT
12                    v.                     AND EXTENDING THE TIME TO FILE A
                                            RESPONSE**
13  UNITED STATES OF AMERICA; LEANNE
    M. HENDERSON; and DOES 1 TO 100,
14  INCLUSIVE,

15                        Defendants.

16
        The Court has reviewed Plaintiff Victor Sparks and Defendant, United States of America,
17
   through their respective attorneys of record ,stipulation to file a First Amended Complaint (FAC) adding
18
   the California Department of Fish & Wildlife as a defendant in this action, and to extend the time for
19
   Defendant United States to file a response, and upon a showing of good cause, issues the following
20
   Order:
21
        1.      Plaintiff is granted leave to file the FAC adding the California Department of Fish &
22
   Wildlife as a defendant in this action.
23
        2.      The FAC attached to the Stipulation as Exhibit "A" shall be deemed filed as of the date
24
   the Court signs this Order.
25
        3.      The FAC shall be deemed served on the United States as of the date Plaintiff's counsel
26
   electronically transmits to the United States' counsel a copy of this Court's signed Order.
27

28

   [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED                              1
   COMPLAINT AND EXTENDING THE TIME TO FILE A RESPONSE

1        4.        When this Court signs the Order to file the FAC, the United States  shall have thirty (30)

2    days from the date of service to file a response to Plaintiff's FAC.

3    Dated:  July 25, 2024

4

5

6    DLB7
     spar24cv1198.stip.ac

7

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED
COMPLAINT AND EXTENDING THE TIME TO FILE A RESPONSE