Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Adriana Artunduaga-Mendez, SBN: 314332
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
dbalma@laskinlaw.com

Attorneys for Plaintiff
VICTOR SPARKS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SPARKS,<br><br>　　　　　Plaintiff,<br><br>vs<br><br>UNITED STATES OF AMERICA, CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, AND DOES 1 TO 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01198-SCR<br><br>**ORDER GRANTNG STIPULATION TO EXTEND DEADLINES FOR DEFENDANT CDFW TO RESPOND TO THE COMPLAINT AND EXTEND THE TIME FOR THE PARTIES TO CONDUCT THEIR RULE 26(F) CONFERENCE** |

　　　The Court has reviewed the Parties' stipulation, by and among Plaintiff, Victor Sparks (hereinafter referred to as "Plaintiff"), Defendant, United States of America (hereinafter referred to as "USA") and Defendant California Department of Fish & Wildlife (hereinafter referred to as "CDFW"), through their respective attorneys of record to continue deadlines for Defendant CDFW to respond to the Complaint and extend the time for the Parties to conduct their Rule 26(f) Conference, and upon a showing of good cause, issues the following Order:

1. The Deadline for Defendant CDFW to file its Responsive Motion to the First Amended Complaint is extended by 60 days from the date of this Order.
2. The Deadline for the Parties to conduct their Rule 26(f) Conference is extended by 90 days from the date of this Order.
3. This Stipulation and Order does not constitute an appearance by CDFW.

IT IS SO ORDERED

Dated: September 9, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE