Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Adriana Artunduaga-Mendez, SBN: 314332
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
dbalma@laskinlaw.com

Attorneys for Plaintiff
VICTOR SPARKS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SPARKS,<br><br>　　　　　Plaintiff,<br><br>　　vs<br><br>UNITED STATES OF AMERICA, CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, AND DOES 1 TO 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01198-SCR<br><br>**ORDER GRANTING STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE WITH CHIEF MAGISTRATE JUDGE DELANEY** |

　　　The Court has reviewed the Parties' stipulation, by and among Plaintiff, Victor Sparks (hereinafter referred to as "Plaintiff"), Defendant, United States of America (hereinafter referred to as "USA") and Defendant California Department of Fish & Wildlife (hereinafter referred to as "CDFW"), through their respective attorneys of record to schedule a Settlement Conference with Chief Magistrate Judge Delaney, and upon a showing of good cause, issues the following Order:

1. A settlement conference in this action is hereby set for October 9, 2024, at 9:30 a.m., via zoom, with Chief Magistrate Judge Delaney;

2. This Stipulation and Order does not constitute an appearance by CDFW.

IT IS SO ORDERED.

Dated:  September 10, 2024        /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE